# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROC CAMERON FETUAO PAIVA and ROLETTE PAIVA,<br><br>Plaintiffs<br><br>v.<br><br>JOSHUA THOMAS ROPCHOCK, et al.,<br><br>Defendants | Case No.: 2:21-cv-01898-APG-VCF<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Canyon Logistics, Inc.'s response to the order to show cause (ECF No. 38),

I ORDER that the order to show cause (ECF No. 28) is satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 18th day of May, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE