# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROC CAMERON FETUAO PAIVA and ROLETTE PAIVA,<br><br>Plaintiffs<br><br>v.<br><br>JOSHUA THOMAS ROPCHOCK, et al.,<br><br>Defendants | Case No.: 2:21-cv-01898-APG-VCF<br><br>**Order** |

In light of the notice of settlement (ECF No. 47),

I ORDER that the November 4, 2022 hearing is VACATED.

I FURTHER ORDER that defendant Ryder Truck Rental, Inc.'s motion to dismiss **(ECF No. 41) is DENIED without prejudice as moot**.

DATED this 26th day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE