Michael J. Nuñez, Esq.
Nevada Bar No. 10703
mnunez@murchisonlaw.com
Daniel J. Klett, Esq.
Nevada Bar No. 14897
dklett@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendants,
JOSHUA THOMAS ROPCHOCK, FEDEX GROUND PACKAGE SYSTEM, INC, RYDER TRUCK RENTAL INC. and CANYON LOGISTICS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROC CAMERON FETUAO PAVIVA, an individual; and ROLETTE PAIVA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSHUA THOMAS ROPCHOCK, an individual; FEDEX GROUND PACKAGE SYSTEM, INC., a foreign corporation; RYDER TRUCK RENTAL, INC., a foreign corporation; CANYON LOGISTICS, INC., foreign corporation; DOE INDIVIDUALS 1 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-01898-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by Defendants JOSHUA THOMAS ROPCHOCK, FEDEX GROUND PACKAGE SYSTEM, INC, RYDER TRUCK RENTAL INC. and CANYON LOGISTICS, INC., and Plaintiffs ROC CAMERON FETUAO PAVIVA and

1  ROLETTE PAIVA, by and through their attorneys of record, that any and all claims among
2  and between the above-named parties be dismissed with prejudice, each party to bear their
3  own fees and costs incurred herein.
4      This Stipulation is entered into in good faith, in the interest of judicial economy, and
5  not for the purposes of delay.
6      STIPULATED AND AGREED TO this 28th day of October, 2022.

**MURCHISON & CUMMING, LLP**

By: /s/ Michael J. Nunez
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Daniel J. Klett, Esq.
Nevada Bar No. 14897
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendants

STIPULATED AND AGREED TO this 25th day of October, 2022.

**NETTLES | MORRIS**

By: 
Brian D. Nettles, Esq.
Nevada Bar No. 7462
Christian M. Morris, Esq.
Nevada Bar No. 11218
Victoria R. Allen, Esq.
Nevada Bar No. 15005
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Attorneys for Plaintiffs

///
///
///
///
///

## ORDER

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**ORDERED, ADJUDGED AND DECREED** that the above-entitled action be, and the same hereby is, dismissed with prejudice, each of the parties to bear its own fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** any pending court dates related to this matter shall be vacated and removed from calendar.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

_____
UNITED STATES DISTRICT JUDGE

October 31, 2022